UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEANNE COX,                                    )
                    Plaintiff,                 )
v.                                             )        NO. 2: 09-0053
FICOSA NORTH AMERICAN                          )        JUDGE CAMPBELL
CORPORATION, and DELBAR                        )
PRODUCTS, INC.,                                )
                    Defendants.                )

ORDER

Pending before the Court is Plaintiff's Motion to Remand (Docket No. 12). For the reasons

stated in the accompanying Memorandum, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE