IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

JEANNE COX )
 )
v. ) No. 2-09-0053
 )
FICOSA NORTH AMERICA )
CORPORATION; and DELBAR )
PRODUCTS, INC.[1] )

O R D E R

The status hearing, scheduled by order entered May 17, 2010 (Docket Entry No. 33), on May 28, 2010, is CANCELLED.

The Clerk is directed to forward the file in this case to Magistrate Judge Brown for all further proceedings in this case pursuant to the order entered May 27, 2010 (Docket Entry No. 35).

There will be no further proceedings before the undersigned Magistrate Judge.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation and order of dismissal entered December 23, 2009 (Docket Entry No. 28), the claims against defendant Delbar Products, Inc. were dismissed.